

**U.S. COMMODITY FUTURES TRADING COMMISSION**

Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5320
Facsimile: (202) 418-5531

Division of
Enforcement

JAMES H. HOLL, III
CHIEF TRIAL ATTORNEY
(202) 418-5311
(202) 418-5538 FAX
jholl@cftc.gov

February 7, 2012

Via ECF
Honorable Dennis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE:   U.S. CFTC v. Vincent Patrick McCrudden et al.
      Case No.: 2:10-cv-5567

Your Honor:

This letter is submitted pursuant to your Honor's Individual Practice Rule 3B and respectfully constitutes our request for a pre-motion conference for the U.S. Commodity Futures Trading Commission's ("Commission") Local Rule 55.1 Request for Entry of Default as to Defendants Alnbri Management LLC ("Alnbri") and Managed Accounts Asset Management, LLC ("MAAM"). As noted in prior filings, Defendants Alnbri and MAAM have failed to respond to the Commission's Complaint and are corporate entities without representation. Further, the Court's stay of this matter has long expired, and there is no basis for further delay.

Based upon the foregoing, the Commission asserts that defaults should properly be entered against Defendants Alnbri and MAAM.


Respectfully Submitted,

James H. Holl, III
Chief Trial Attorney

cc:   Vincent P. McCrudden, via US Mail
      #58588052
      Queens Detention Center – G Dorm
      182-22 150th Ave.
      Jamaica, NY 11413